██ Mark C. Smelts, Appellant, v Andrew P. Meloni, as Sheriff of Monroe County, et al., Respondents, et al., Defendants. (Appeal No. 1.) [812 NYS2d 926]—Appeal from an order of the Supreme Court, Monroe County (Raymond E. Cornelius, J.), entered February 22, 2005. The order granted the motions of defendants Andrew P. Meloni, Sheriff Monroe County, Deputy Monroe County Sheriff Bridget O'Hara and City of Rochester for summary judgment dismissing the second amended complaint against them.

██ Mark C. Smelts, Appellant, v Andrew P. Meloni, as Sheriff of Monroe County, Respondents, et al., Defendants. (Ap-

peal No. 3.) [812 NYS2d 927]—Appeal from a judgment of the Supreme Court, Monroe County (Raymond E. Cornelius, J.), entered March 16, 2005. The judgment, among other things, dismissed the second amended complaint against defendants Andrew P. Meloni, Sheriff Monroe County, Deputy Monroe County Sheriff Bridget O'Hara and the City of Rochester.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.